FILED: May 16, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-184
(3:16-cv-00712-GCM)
_____

HOME DEPOT U.S.A., INC.

      Petitioner

v.

GEORGE W. JACKSON

      Respondent

_____

O R D E R

_____

The court defers ruling on the petition for permission to appeal the district court's order remanding this action to the state court pending briefing and further consideration of the merits of the appeal.

Merits briefs shall be filed in accordance with the briefing schedule to be issued in No. 17-1627, *Jackson v. Home Depot U.S.A., Inc.*

For the Court

/s/ Patricia S. Connor, Clerk